UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALHASSANE DIALLO,<br><br>Petitioner,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY et al.,<br><br>Respondents. | CASE NO. 2:26-cv-01249-TL<br><br>ORDER STAYING CONSIDERATION OF MOTION FOR ATTORNEY FEES |

This matter comes before the Court on Petitioner's Motion for Attorney Fees and Costs under the Equal Access to Justice Act ("EAJA"). Dkt. No. 23. Federal Respondents have opposed to the motion. Dkt. No. 24.[1] In the alternative, Federal Respondents request to stay the enforcement of any fee award pending the Supreme Court's decision in *Montoya Palacios v. Baker*, No. C25-4045, 2026 WL 171690 (D. Md. Jan. 22, 2026), *aff'd sub nom. Palacios v.*

[1] Petitioner did not file a reply.

*Bacon*, No. 26-6251, 2026 WL 1154321 (4th Cir. Mar. 24, 2026), *cert. granted sub nom. Palacios v. Liggins*, No. 25-1223, 2026 WL 1855057 (U.S. June 29, 2026). Dkt. No. 24 at 10.

The Court notes that where motions for attorney fees have been granted in other immigration habeas cases, Respondents have appealed the decision. *See, e.g.*, Notice of Appeal, *Mendoza Araiza v. Wamsley*, No. C25-2139 (W.D. Wash. Sept. 14, 2023), Dkt. No. 23. Moreover, the Ninth Circuit has been staying such proceedings pending the Supreme Court's resolution of *Montoya Palacios*. *See, e.g.*, Order Granting Stay, *Araiza v. Wamsley*, No. 26-6035 (9th Cir. Oct. 23, 2026), Dkt. No. 4. Therefore, the Court finds that judicial economy favors staying consideration of the motion itself (not just the enforcement of any potential award), pending the Supreme Court's resolution of *Montoya Palacios*.

Accordingly, it is hereby ORDERED:

(1) Petitioner's Motion for Attorney Fees and Costs under EAJA (Dkt. No. 23) is STAYED, pending the Supreme Court's resolution of *Montoya Palacios*.

(2) The Clerk is DIRECTED to terminate the motion. Upon resolution of *Montoya Palacios*, Petitioner may ask the Court to re-note the motion.

Dated this 19th day of November, 2026.

Tana Lin
United States District Judge